**No. 38948.**—Protests 230810–G, etc., of Lippmann, Spier & Hahn (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of atomizers and photo frames chiefly used in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was sustained. *Woolworth* v. *United States* (T. D. 47857) and *Rice* v. *United States* (T. D. 49373) cited.

**No. 38949.**—Protests 285517–G, etc., of Tausig & Pilcer et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Rice* v. *United States* (T. D. 49373) the atomizers in question were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 38950.**—Protests 354100–G, etc., of Weiss & Biheller et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Rice* v. *United States* (T. D. 49373) the atomizers in question were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 38951.**—Protests 930257–G, etc., of Rodak, Inc. et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel jars, bottles, soap dishes, tooth brush holders and tubes, powder boxes, and soap boxes chiefly used in the kitchen or household or on the table for utilitarian purposes, or hollow ware, were held dutiable at 40 percent under paragraph 339 as claimed. *Dow* v. *United States* (21 C. C. P. A. 282, T. D. 46816) cited.

**No. 38952.**—Protest 938105–G of Jordan Marsh Co. (Boston).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of book ends chiefly used for utilitarian purposes. The claim at 40 percent under paragraph 339 was sustained. *Friedlaender* v. *United States* (T. D. 44796) and *Dow* v. *United States* (21 C. C. P. A. 282, T. D. 46816) cited.